UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07cv338

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 57 CANDLER HEIGHTS ROAD, Candler, Buncombe County, North Carolina, as described in a deed at Deed Book 2255, Page 0635 in the Public Registry of Buncombe County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon, | ) ) ) ) ) ) ) ) ) |
| Defendant. | |

## ORDER

TO:   TERRENCE FREEDMAN
     ATTORNEY
     NORTH CAROLINA DEPARTMENT OF JUSTICE

     MARCIA DIES OR OTHER AGENT
     ENFORCEMENT AGENT
     ASHEVILLE OFFICE
     NORTH CAROLINA DEPARTMENT OF REVENUE

**UPON THE MOTION OF THE UNITED STATES**, together with its attached Affidavit, and for good cause shown

**IT IS, THEREFORE, ORDERED** that you turn over to the Office of the United States Attorney, Thomas R. Ascik, Assistant United States Attorney, all files and information in your possession for the years 2007 and 2008 concerning notice to, imposition of, or payment by Jason Edward Simmons or on behalf of Jason Edward Simmons of the North Carolina Unauthorized Substances Tax under N.C. Gen. Stat. §105-113.105.

**IT IS FURTHER ORDERED** that upon receipt of these documents, the United States Attorney shall make copies of such files and information available to the Claimant.

Signed: July 1, 2008

Lacy H. Thornburg
United States District Judge